Certificate Number: 15111-NJ-DE-035989805

Bankruptcy Case Number: 16-24754



15111-NJ-DE-035989805

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2021, at 12:35 o'clock PM EDT, Darlene Jones completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 14, 2021              By:    /s/Maan Arriane Vendiola for Ryan McDonough

                                        Name:  Ryan McDonough

                                        Title: Executive Director of Education